# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5091**

**September Term, 2024**

**1:25-cv-00381-ABJ**

**Filed On:** April 2, 2025

National Treasury Employees Union, et al.,

        Appellees

    v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

        Appellants


**BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, the emergency motion to strike, the opposition thereto, and the reply, it is

**ORDERED** that appellees file a response to the emergency motion for stay pending appeal by 12:00 noon on April 3, 2025. Any reply is due by 12:00 noon on April 4, 2025. It is

**FURTHER ORDERED**, on the court's own motion, that this case be scheduled for oral argument on Wednesday, April 9, 2025, at 9:30 a.m. before Circuit Judges Pillard, Katsas, and Rao. It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellees | - | 30 Minutes |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5091**                    **September Term, 2024**

One counsel per side to argue.  Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 3, 2025.

**Per Curiam**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (From 71)